

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ANDREW M. CUOMO
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct:  (518) 473-7184

August 28, 2009

**CM/ECF &**
**First-Class Mail**

Hon. Leonard D. Wexler
Senior United States District Judge
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

    Re.    *Englander v. DiNapoli*, CV 09-02498 (LDW/ETB)

Dear Judge Wexler:

    Pursuant to the Stipulation and Order entered on July 29, 2009 (Docket Entry 5), I am forwarding herewith the Decision of the Honorable Gerald W. Connolly, A.J.S.C., in *D'Agostino v. DiNapoli*, Index No 8134-08 (Sup. Ct. Albany Co. Aug. 20, 2009).

    Consistent with the decision in *D'Agostino*, the Office of the State Comptroller will be resuming the payment of pension benefits to Plaintiff Englander, and will be paying him any arrears presently owing.  In addition, the Comptroller will be affording Plaintiff with appropriate due process before taking further measures to suspend or revoke his retirement benefits or service credits.

    Respectfully submitted,

    *s/ Douglas J. Goglia*
    Douglas J. Goglia
    Assistant Attorney General

Hon. Leonard D. Wexler August 28, 2009
Senior United States District Judge Page 2 of 2

cc. Hon. E. Thomas Boyle
United Stated Magistrate Judge
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Richard Hamburger
Hamburger, Maxson, Yaffe,
Wishod & Knauer, LLP
225 Broadhollow Road, Suite 301
Melville, New York 11747